83 P.3d 742

# SUPREME COURT OF HAWAI'I

Daiichi Hawaii Real Estate Corp. v.
Lichter . . . . . . . . . . . . . . . . . . . . . . . 23285      01/20/2004   Denied        103 Hawai'i 325,
82 P.3d 411

State v. Kahawai . . . . . . . . . . . . . . . . 25101      01/22/2004   Granted       103 Hawai'i 481, 83
P.3d 744

State v. Libero . . . . . . . . . . . . . . . . . . 23872      02/09/2004   Denied        103 Hawai'i 479, 83
P.3d 742